[No. 11268–0–II. Division Two. June 8, 1988.]

*In the Matter of the Welfare of* L.L.

Appeal from a judgment of the Superior Court for Clallam County, No. 4177, Grant S. Meiner, J., entered August 13, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 10361–3–II. Division Two. June 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DONITA LYNN DURGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00065–9, Grant S. Meiner, J., entered March 7, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10995–6–II. Division Two. June 9, 1988.]

FREDERICK BRUECKEL, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–02665–4, Paula Casey, J., entered April 27, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., Alexander, J., dissenting.